**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Steven I Rhodes, | No. 10-CV-1074-PHX-DGC |
| Plaintiff, | |
| vs. | **ORDER** |
| United States Internal Revenue Service; Douglas Schulman, Commissioner of the Internal Revenue Service; Deborah Morales, "Intake Advocate," IRS | |
| Defendants. | |

Defendants move to dismiss *pro se* Plaintiff's case for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1) and for insufficient service of process under Rule 12(b)(5). Docs. 7, 7-1. Plaintiff has filed a motion to continue briefing of Defendants' motion to dismiss. Doc. 10. Plaintiff has not shown good cause for continuance, and the Court will deny the motion. Because the continuance request was filed *pro se* before the response due date, however, the Court will permit Plaintiff to file a response to Defendants' motion to dismiss by December 10, 2010.

**IT IS ORDERED** that:

1. Plaintiff's motion for continuance (Doc. 10) is **denied**.

2.   Plaintiff shall file a response to Defendants' motion to dismiss (Doc. 7) by **December 10, 2010**.  Defendants may file a reply by **December 17, 2010**.

DATED this 24th day of November, 2010.

David G. Campbell
United States District Judge