**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven I Rhodes,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>United States Internal Revenue Service;<br>Douglas Schulman, Commissioner of the<br>Internal Revenue Service;<br>Deborah Morales, "Intake Advocate,"<br>IRS<br><br>　　　　Defendants. | No. CV10-1074-PHX-DGC<br><br><br>**ORDER** |

Defendant United States moves for reconsideration of this Court's December 28, 2010, order retaining subject matter jurisdiction over Plaintiff's Fifth Amendment claim. Doc. 18. The motion is denied. *See Seven Up Pete Venture v. Schweitzer*, 523 F.3d 948, 953-54 (9th Cir. 2008) (the Takings Clause of the Fifth Amendment is self-executing).

Plaintiff Steven Rhodes moves for reconsideration of the same order dismissing his § 7433 claim without prejudice for failing to exhaust administrative remedies. Doc. 20. Plaintiff's arguments are not properly raised on a motion for reconsideration. A motion for reconsideration will be denied "absent a showing of manifest error or a showing of new facts or legal authority that could not have been brought to [the Court's] attention earlier with reasonable diligence." LRCiv 7.2(g)(1); *see Carroll v. Nakatani*, 342 F.3d 934, 945 (9th Cir.2003). Mere disagreement with an order is an insufficient basis for reconsideration. *See Ross v. Arpaio*, 2008 WL 1776502, at *2 (D. Ariz. Apr. 15, 2008). Nor should

reconsideration be used to make new arguments or to ask the Court to rethink its analysis. *Id.*; *see N. W. Acceptance Corp. v. Lynnwood Equip., Inc.*, 841 F.2d 918, 925-26 (9th Cir. 1988). Plaintiff also observes that, as a non-lawyer, he should not have been expected to know the IRS servicing address for exhaustion, an address present in such obscure documents as IRS Notice 2003-19 and IRS Publication 4235. Doc. 20 at 6. Even pro se plaintiffs, however, must comply with the law.

**IT IS ORDERED:**

1. Defendant's motion for reconsideration (Doc. 18) is **denied**.

2. Plaintiff's motion for reconsideration (Doc. 20) is **denied**.

DATED this 8th day of February, 2011.

_____
David G. Campbell
United States District Judge